10259.   COMPTON *v.* WOODRUFF MACHINERY MANUFACTURING
COMPANY.

LUKE, J.   Where there was a sale of personal property under an express
warranty as to quality, and in defense to a suit for money alleged to be
due for the property an express warranty was pleaded, it was error for
the court to charge on the subject of implied warranty.   On account of
this error the judgment overruling the motion for a new trial is
    *Reversed.*   *Wade, C. J., and Jenkins, J., concur.*
                DECIDED JUNE 12, 1919.

Complaint; from Madison superior court—Judge W. L. Hodges.
November 2, 1918.

Woodruff Machinery Manufacturing Company sued Compton on
an open account for $175, alleged to be "difference due in swapping
engines between plaintiff and defendant." The defendant pleaded,
and on the trial testified, that in the transaction in which the
plaintiff's engine was traded to him, the plaintiff guaranteed its
engine to be a twelve horse-power engine and in good condition,
and guaranteed that it would do a third more work than the
engine which the plaintiff was getting from him; that after he
received the plaintiff's engine he gave it a thorough test, and it
failed to do the work it was guaranteed to do, and after he had
notified the plaintiff of this fact the plaintiff failed to make the
engine do the work it was guaranteed to do, and refused to ex-
change back. The agreement was not in writing. The plaintiff
contended that no such warranty was made. The trial judge
charged the jury on the law applicable to an express warranty,
and then charged as to implied warranty, in the terms of the Civil
Code (1910), § 4135. The verdict was against the defendant, and,
his motion for a new trial being overruled, he excepted. In the
motion the charge as to implied warranty is complained of, on the
ground that, the defense being express warranty, the court should
not have given in charge the law of implied warranty.

*Gordon & Gordon, Thomas J. Shackleford,* for plaintiff in error,
cited: Civil Code (1910), § 4135; 7 *Ga. App.* 299; 1 *Ga. App.* 379;
136 *Ga.* 754; 122 *Ga.* 807(1); 120 *Ga.* 730; 104 *Ga.* 212; 71 *Ga.*
470; 142 *Ga.* 464.

*Berry T. Moseley,* contra, cited: 4 *Ga. App.* 716(1), and cit.;
13 *Ga. App.* 172, and cit.; 14 *Ga. App.* 334(6); 142 *Ga.* 464(1);
108 *Ga.* 817(1); 144 *Ga.* 88; 36 *Ga.* 649(3).